

# NUMBER 13-15-00366-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**DAVID CHARLES LOEB,**                                                        **Appellant,**

**v.**

**DAVID M. COOVER,**                                                          **Appellee.**

---

### On appeal from the County Court at Law No. 2 of Nueces County, Texas

---

## ORDER OF ABATEMENT

**Before Chief Justice Valdez and Justices Rodriguez and Perkes**
**Order Per Curiam**

This appeal was stayed by this Court on November 4, 2015, to allow the conclusion of mediation. This cause is now before the Court on appellant David Loeb's amended motion to abate. The motion indicates there has been an agreement regarding disposition of the estate and the settlement provides for closing on December 18, 2015,

but no later than December 31, 2015. Appellant requests this Court issue an order abating this cause until closing of settlement, at which time this appeal will either be dismissed or prosecuted without further delay. The certificate of conference indicates that appellee is in agreement to abate the matter, but only until closing on December 18, 2015.

The Court, having examined and fully considered the documents on file and the amended motion to abate, is of the opinion that the amended motion to abate the appeal should be granted. The amended motion to abate the appeal is GRANTED and this appeal remains abated until January 6, 2016.

The Court directs appellant to file, on or before January 6, 2016, either (1) a motion to reinstate the appeal, or (2) a motion to dismiss the appeal pursuant to settlement.

PER CURIAM

Delivered and filed the
20th day of November, 2015.

2